IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01587-RBJ-MEH

SUSAN CARSKADON,

     Plaintiff,

v.

ANU WATER, LLC, a California limited liability company,

     Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 18, 2011.**

     The Parties' Stipulated Motion for Protective Order [filed October 13, 2011; docket #26] is denied without prejudice, and the proposed Protective Order is refused. The parties are granted leave to submit a revised proposed protective order consistent with *Gillard v. Boulder Valley Sch. Dist.*, 196 F.R.D. 382 (D. Colo. 2000), in which the Court requires the proper mechanism by which the parties may challenge the designation of information as confidential. *See id.* at 388-89.