IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01587-RBJ-MEH

SUSAN CARSKADON,

    Plaintiff,

v.

ANU WATER, LLC, a California limited liability company,

    Defendant.

---

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 21, 2011.**

    The Stipulated Motion for Protective Order [filed October 19, 2011; docket #34] is **granted**. The proposed Protective Order is issued as modified[1] and filed contemporaneously with this minute order.

---

[1] Three paragraphs at the end of the proposed protective order were duplicatively numbered. The Court renumbered the paragraphs to resolve the inconsistency. The remainder of the proposed order is unchanged.