IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-01587-RBJ-MEH

SUSAN CARSKADON,

     Plaintiff,

v.

ANU WATER, LLC,  a California limited liability company,

     Defendant.

---

## MINUTE ORDER REGARDING DOCKET #48

---

Entered by Judge R. Brooke Jackson

     The Court grants the parties' Stipulated Motion to Dismiss with Prejudice [Docket #48]. Each party to pay its own attorney's fees and costs.

     DATED this 17th day of January, 2012.